**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE N.E.C.A. - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 26-cv-2124 |
| LEGACY SOLAR, LLC, an Illinois limited liability company, | ) ) ) | Judge Lindsay C. Jenkins |
| Defendants. | ) ) | |

## UPDATED STATUS REPORT

The plaintiffs, in accordance with this Court's April 8, 2026 order, provide an updated status as follows:

This is an ERISA suit to compel a fringe benefits audit, and recover any fringe benefit audit findings. The matter was served on March 9, 2026, and defendant had until March 30, 2026 to appear. The defendant has not appeared, but they have been in contact with the auditor to commence with the audit. The auditor has some of the weekly records, and is attempting to get monthly records from the company to allow for the audit to be completed. The auditor believes that the audit can be completed in 21 days approximately. Plaintiffs would request a subsequent status in 30 days to determine if there are findings, and if so, whether the matter can be resolved short of moving forward with a motion to default.

Respectfully submitted,

Paul M. Egan
Arnold and Kadjan, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL  60601

TRUSTEES OF THE N.E.C.A. – IBEW
LOCAL 176 HEALTH, WELFARE,
PENSION, VACATION, AND TRAINING
TRUST FUNDS,

By:  /s/ Paul M. Egan