### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

TRUSTEES OF THE N.E.C.A. -           )
IBEW LOCAL 176 HEALTH, WELFARE,      )
PENSION, VACATION, AND TRAINING      )
TRUST FUNDS,                         )
                                     )
      Plaintiffs,                   )
                                     )
  vs.                              )     No. 26-cv-2124
                                     )
LEGACY SOLAR, LLC, an Illinois       )
limited liability company,           )
                                     )
      Defendants.                   )

### NOTICE OF VOLUNTARY DISMISSAL

NOW COME the Plaintiffs, TRUSTEES OF THE N.E.C.A.-IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS, by counsel, and hereby dismiss this action against Defendant, LEGACY SOLAR, LLC, without prejudice pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure.

          Respectfully submitted,

          TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176
          HEALTH, WELFARE, PENSION, VACATION,
          AND TRAINING TRUST FUNDS

          By: _/s/ Paul M. Egan_____
              One of their Attorneys

ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
(312) 236-0415
pe@aandklaw.com